# Exhibit A

BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
Alice M. Hodsden (SBN 340796)
Alice.Hodsden@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendants
SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES;
WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEES FOR BROUGHAM FUND I TRUST; and BROUGHAM REO OWNER, L.P.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| RILLA HUML, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>　　　　Defendants.<br><br>SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEES FOR BROUGHAM FUND I TRUST; BROUGHAM REO OWNER, L.P. | Case No. 30-2022-01244882-CU-OR-CJC<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>Complaint filed: 2/10/2022 |

1

**NOTICE OF FILING NOTICE OF REMOVAL**
146035.01291/128481647V.1

**TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE, AND PLAINTIFF:**

**PLEASE TAKE NOTICE** that Defendants SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEES FOR BROUGHAM FUND I TRUST; BROUGHAM REO OWNER, L.P. (collectively, "Defendants"), by counsel, filed a Notice of Removal in the United States District Court for the Central District of California, Southern Division, on March 10, 2022.

**PLEASE TAKE FURTHER NOTICE** that true and correct copies of the original removal documents, which were filed in the United States District Court for the Central District of California, Southern Division, have been attached hereto (without exhibits) and served, along with this notice, on the Plaintiff, as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. Section 1446(d), no further proceedings shall occur in this Court unless and until this case is remanded.

DATED: March 10, 2022         BLANK ROME LLP

By: _____
     Cheryl S. Chang
     Alice M. Hodsden

Attorneys for Defendants
SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEES FOR BROUGHAM FUND I TRUST; and BROUGHAM REO OWNER, L.P.