BLANK ROME LLP
Cheryl S.  Chang (SBN 237098)
Cheryl.Chang@BlankRome.com
Alice M.  Hodsden (SBN 340796)
Alice.Hodsden@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants
SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES;
WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEES FOR
BROUGHAM FUND I TRUST; and BROUGHAM REO OWNER, L.P.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILLA HUML, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BROUGHAM REO OWNER LP, a foreign limited partnership based in NEW YORK county in Delaware; doing business as Prime Asset Fund III, an unknown entity; Prime Capital Advisors, LLC, an unknown entity; SERVIS ONE, INC., a Delaware corporation, authorized to do business in California, doing business as BSI FINANCIAL SERVICES; WILMINGTON SAVZINGS FUND SOCIETY, FSB, a Delaware corporation, doing business, but not authorized to do business, as CHRISTIANA TRUST, in California, as Trustee, for BROUGHAM FUND I | Case No. 8:22-cv-00378-DOC-KES<br><br>*Assigned to the Hon. David O. Carter*<br><br>**DECLARATION OF ALICE M. HODSDEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>[*filed concurrently with Opposition to Motion for Remand; Request for Judicial Notice*] |

146035.01291/128669282V.1

**DECLARATION OF ALICE M. HODSDEN**

1  TRUST, an unknow entity; and Does 1
2  through 10.

3              Defendants.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF ALICE M. HODSDEN**

## DECLARATION OF ALICE M. HODSDEN

I, Alice M. Hodsden, do declare as follows:

1.     I am a member of the Bar of the State of California and an associate in the firm Blank Rome LLP, counsel for Defendants SERVIS ONE, INC.  d/b/a BSI FINANCIAL SERVICES ("Servis One"); WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEES FOR BROUGHAM FUND I TRUST ("Wilmington"); and BROUGHAM REO OWNER, L.P. ("Brougham") (collectively, "Defendants")  in the above-captioned action.  I have been one of the attorneys at Blank Rome LLP responsible for handling this action on behalf of Defendants.

2.     I make this declaration of my personal knowledge and my review of the litigation file kept in the ordinary course of business, and could and would testify competently hereto.  I submit this declaration in support of Defendants' Opposition to Plaintiff Rilla Huml's ("Plaintiff") Motion for Remand (the "Motion").

3.     Plaintiff never met and conferred pursuant to L.R. 7-3 regarding her Motion. She neither requested a meet and confer pursuant to L.R. 7-3, nor advised me during the L.R. 7-3 meet and confer for Defendants' 12(b)(6) motion to dismiss that she intended to file the Motion.

4.     I caused Defendants to serve Plaintiff with the Notice of Removal on March 10, 2022 by U.S. Mail, as evidenced by the Proof of Service, Doc. 17.

5.     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 11th day of April, 2022, at Los Angeles, California.

_____
Alice M. Hodsden